BERTA MURPHY et al., Appellants, v. LONG ISLAND RAILROAD COMPANY, Respondent.—

No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

LUCIA PANETTIERI, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK N. TARAS, Respondent-Appellant, against ROBERT J. KIRBY, as Warden of Sing Sing Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent.

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

IRVING ROSENBAUM, Respondent, v. BROWN CHEVROLET, INC., Appellant.—

No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

MURRAY ROSENBLUM, Respondent, v. FAMILY FINANCE CORPORATION, Appellant.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.